UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,  Case No.: 1:21-cr-20218-AHS(14)

Plaintiff,

v.

ANGEL LUIS TORRES GONZALEZ,

Defendant.

**PROPOSED ORDER**
**GRANTING DEFENDANT'S MOTION TO REMOVE OR, IN THE ALTERNATIVE, MODIFY**
**CERTAIN CONDITIONS OF SUPERVISED RELEASE**
**AND TO SET AN EARLY-TERMINATION REVIEW**

THIS CAUSE is before the Court upon Defendant-Movant Angel Luis Torres Gonzalez's Motion to Remove or, in the Alternative, Modify Certain Conditions of Supervised Release and to Set an Early-Termination Review (the "Motion").

The Court, having reviewed the Motion and being otherwise fully advised, it is ORDERED AND ADJUDGED as follows:

1.    The Motion is GRANTED.

2. Pursuant to 18 U.S.C. § 3583(e)(2), the Judgment is MODIFIED to REMOVE Special Condition 1 (Financial Disclosure) and Special Condition 2 (Permissible Search).

3. The drug-testing condition is MODIFIED to read: "The defendant shall submit to drug testing as directed by the probation officer," with routine testing suspended based on a finding of low risk unless the probation officer determines testing is necessary based on individualized assessment. The probation officer may increase testing if concerns arise.

4. U.S. Probation Officer Brandon Sull (or the supervising office) shall file a brief compliance/risk report at approximately eleven (11) months of supervision (around September 2026).

5. The Court sets an administrative review date or status conference on or after October 10, 2026 for potential early termination pursuant to 18 U.S.C. § 3583(e)(1). Movant may file a renewed motion for early termination at that time.

6. All other conditions of supervised release remain in full force and effect.

DONE AND ORDERED in Fort Lauderdale, Florida, this _____ day of _____, 2026.

_____
UNITED STATES DISTRICT JUDGE

Submitted by Movant, pro se, on 1-12-2026.