UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,
Plaintiff,

v.

ANGEL LUIS TORRES GONZALEZ,
Defendant.



FILED BY ___ D.C.

MAR 16 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

Case No.: 1:21-cr-20218-AHS(14)

# NOTICE OF NON-OPPOSITION AND REQUEST FOR RULING ON DEFENDANT'S PENDING MOTION

Defendant, Angel Luis Torres Gonzalez, proceeding pro se, respectfully submits this Notice to inform the Court that the Government has not filed a response to Defendant's Motion to Remove or, in the Alternative, Modify Certain Conditions of Supervised Release and to Set an Early-Termination Review.

Defendant filed the motion in January 2026. The Court directed the Government to file its response on or before February 3, 2026. As of the date of this filing, more than one month has passed since that deadline and the Government has not filed a response or opposition on the docket.

Because the response deadline has expired and no opposition has been filed, Defendant respectfully submits that the motion is now fully ripe for the Court's consideration.

Defendant therefore respectfully requests that the Court consider the motion as unopposed and rule on the pending motion at the Court's convenience.

Defendant appreciates the Court's time and consideration.

Respectfully submitted,

/s/ Angel Luis Torres Gonzalez
Angel Luis Torres Gonzalez, Pro Se
2009 Kismet Pkwy E.
Cape Coral, FL 33909
Telephone: (941) 525-8087
Email: deloris1911@gmail.com

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Notice of Non-Opposition and Request for Ruling was mailed via U.S. Mail to the Office of the United States Attorney for the Southern District of Florida on this 12 day of March 2026.

/s/ Angel Luis Torres Gonzalez
Angel Luis Torres Gonzalez, Pro Se
2009 Kismet Pkwy E.
Cape Coral, FL 33909
Telephone: (941) 525-8087
Email: deloris1911@gmail.com

# MAILING ADDRESSES

Clerk of Court
United States District Court
Southern District of Florida – Fort Lauderdale Division
299 East Broward Blvd, Room 108
Fort Lauderdale, FL 33301

Office of the United States Attorney
Southern District of Florida
500 E. Broward Blvd, Suite 700
Fort Lauderdale, FL 33394

Angel L Torres
2009 Kismet Pkwy E.
Cape Coral Fl 33909



CERTIFIED MAIL

9589 0710 5270 3718 9314 0




Retail



33301

U.S. POSTAGE
FCM LG ENV
CAPE CORAL, F
MAR 12, 2026

$6.93

RDC 99

S2323Y501019-

Clerk of Court
United States District Court
Southern Distic of Florida
Fort Lauderdale Division
299 East Broward Blvd, Room
Fort Lauderdale, Fl 33301