UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.   **21-CR-20218-SINGHAL**

UNITED STATES OF AMERICA

vs.

ANGEL LUIS TORRES GONZALEZ,

Defendant.

_____/

**GOVERNMENT RESPONSE TO DEFENDANT'S MOTION
FOR EARLY TERMINATION OF SUPERVISED RELEASE**

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files this Response to the Defendant's Motion for Early Termination of Supervised Release (DE 656).  The Government defers to the Court and U.S. Probation on this matter.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:      *Sean T. McLaughlin*
_____
SEAN T. McLAUGHLIN
Assistant United States Attorney
Court No. A5501121
11200 NW 20th Street, Suite 101
Miami, Florida 33172
Tel: (305) 715-7642
Email: Sean.McLaughlin@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on March 25, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and served a copy of the foregoing document via U.S. Mail on the following:

**Angel Luis Torres Gonzalez**, *pro se*
2009 Kismet Parkway E.
Cape Coral, FL 33909

*Sean T. McLaughlin*
Sean T. McLaughlin